IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| IN THE MATTER OF THE SEARCH OF | : | CASE NO. | 3:18MJ137 |
|---|---|---|---|
| | | | 3:18MJ138 |
| SEALED DOCUMENT | | | 3:18MJ139 |
| | | | 3:18MJ140 |
| | | | 3:18MJ141 |
| | | | 3:18MJ149 |

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

__3-12-18__
DATE

__Sharon L. Ovington__
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE